1  BROWNE GEORGE ROSS LLP
   Andrew A. August (State Bar No. 112851)
2    aaugust@bgrfirm.com
   Kevin F. Rooney (State Bar No. 184096)
3    krooney@bgrfirm.com
   177 Post Street, Suite 700
4  San Francisco, California 94108
   Telephone: (415) 391-7100
5  Facsimile: (415) 391-7198

6  Attorneys for QURE Healthcare, LLC

7

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | QURE HEALTHCARE, LLC, | Case No. C14-04363 LB |
| --- | --- |
12 | Plaintiff, | **[PROPOSED]** ORDER ON STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A) |
13 | vs. | |
14 | VERMILLION, INC., | Trial Date: February 16, 2016 |
15 | Defendant. | Hon. Laurel Beeler |
16 | VERMILLION, INC. | |
17 | Counterclaimant | |
18 | vs. | |
19 | QURE HEALTHCARE, LLC | |
20 | Counterdefendant. | |

528364.1
                                                              C14-04363 LB
[PROPOSED] ORDER ON STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIMS PURSUANT TO
                              F.R.C.P. 41(a)(1)(A)

1     The Court, having read the Stipulation to Dismiss Complaint and Counterclaims filed by all parties and finding good cause,

    IT IS HEREBY ORDERED THAT the Complaint and the Counterclaims are dismissed with prejudice.

    IT IS SO ORDERED.

DATED: May 26, 2015

_____
The Honorable Laurel Beeler
United States District Court Magistrate Judge

---

528364.1

-2-  C14-04363 LB

[PROPOSED] ORDER ON STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)